# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cook, Deborah L. | U.S. Court of Appeals, 6th Cir | 05/03/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

433 U.S. Courthouse
2 South Main Street
Akron, Ohio 44308

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Collegescholars, Inc |
| 2. | Board Member | Cleveland Catholic Foundation - term ended 1/19/2016 |
| 3. | Stewardship Committee Member | University of Akron Foundation - resigned the position 3/31/2016 |
| 4. | Trustee | Trust #1 |
| 5. | Board Member | Conservancy for Cuyahoga Valley National Park |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 05/03/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | State of Ohio Retirement Benefits | $31,036.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. National City Cash Account | A | Interest | K | T | | | | | |
| 2. Trust #1 (H) | | | | | | | | | |
| 3. - Morgan Stanley Cash Account | A | Interest | M | T | | | | | |
| 4. - American Muni Pwr Inc OH Comb Hydroelectric Proj Ref Muni Bond | B | Interest | L | T | | | | | |
| 5. - Univ Akr Be Muni Bond | D | Interest | M | T | | | | | |
| 6. - Bank of America Corporate Bond | D | Interest | | | Redeemed | 08/15/16 | L | | |
| 7. - Hamilton Cnty Ohio Sales Tax Muni Bond | B | Interest | | | Redeemed | 12/01/16 | K | | |
| 8. - Bowling Green Ohio City Sch Dist Muni Bond | B | Interest | L | T | | | | | |
| 9. - Cleveland Ohio Genl Oblig Muni Bond | B | Interest | L | T | | | | | |
| 10. - Ohio St Hosp Fac Rev Muni Bond HU9 | B | Interest | L | T | | | | | |
| 11. - Ohio St Univ Gen Rctps Rev A Muni Bond UM1 | A | Interest | | | Redeemed | 04/04/16 | K | | |
| 12. - Ohio St Turnpike & Infrastructure Ure Comm Junior Muni Bond | C | Interest | L | T | | | | | |
| 13. - Hamilton Cnty Ohio Swr Muni Bond VE6 | B | Interest | | | Redeemed | 12/01/16 | K | | |
| 14. - Ohio St Hosp Rev Cleveland Clinic Hlth Muni Bond 4B5 | B | Interest | L | T | | | | | |
| 15. - Ohio St Hosp Rev Cleveland Clinci Hlth Muni Bond 4D1 | C | Interest | M | T | | | | | |
| 16. - Ohio St Hosp Rev Cleveland Clinci Hlth Muni Bond 3Z3 | B | Interest | L | T | | | | | |
| 17. - Cincinnati Ohio Impt Genl Oblig Ser A Muni Bond | | None | M | T | Buy | 12/20/16 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Cook, Deborah L. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  IRA 1 (H) | | | | | | | | | |
| 19.  - Morgan Stanley Cash Accounts | A | Interest | P1 | T | | | | | |
| 20.  - Apple Inc Common | C | Dividend | | | Sold | 10/28/16 | M | D | |
| 21. | | None | M | T | Buy | 11/15/16 | M | | |
| 22.  - Alphabet Inc Cl A common | | None | | | Sold | 10/28/16 | M | E | |
| 23. | | None | M | T | Buy | 11/18/16 | M | | |
| 24.  - Goodyear Tire and Rubber Corp Bond | D | Interest | M | T | | | | | |
| 25.  - Ally Financial Note AW0 Corp Bond | C | Interest | M | T | | | | | |
| 26.  - Ally Financial Note AV2 Corp Bond | D | Interest | M | T | | | | | |
| 27.  - Verisign Inc Corp Bond | C | Interest | M | T | | | | | |
| 28.  - Netflix Inc Common | | None | | | Sold | 07/12/16 | M | | |
| 29.  - Amazon Com Inc | | None | | | Sold | 10/28/16 | M | F | |
| 30. | | None | M | T | Buy | 11/18/16 | M | | |
| 31.  -Verizon Communications Common | C | Dividend | M | T | | | | | |
| 32.  -American Airlines Group Regs Corp Bond | C | Interest | M | T | | | | | |
| 33.  -Ford Motor Credit Company LLC Bond | C | Interest | | | Redeemed | 10/20/16 | L | | |
| 34.  -Under Armour Inc Cl A Common | | None | L | T | Buy | 04/08/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 05/10/16 | K | | |
| 36. -Whole Foods Market Inc Corp Bond | D | Interest | M | T | Buy | 04/08/16 | M | | |
| 37. -Vodafone Group PLC Common | | None | K | T | Buy | 07/08/16 | L | | |
| 38. -Goldman Sachs Cap V Bond | A | Interest | J | T | Buy | 07/08/16 | L | | |
| 39. | | | | | Redeemed (part) | 08/18/16 | L | C | |
| 40. -Jefferies Group Corp Bond | B | Interest | M | T | Buy | 08/24/16 | M | | |
| 41. -Synchrony Financial Corp Bond | A | Interest | M | T | Buy | 08/25/16 | M | | |
| 42. -Keycorp 5% Fixed to Float Bond | B | Interest | L | T | Buy | 09/15/16 | L | | |
| 43. -Third PT Offshore Fund LTD Hedge Fund | | None | M | T | Buy | 09/28/16 | M | | |
| 44. -Bank of America Corp PFD Stock | | None | M | T | Buy | 11/18/16 | M | | |
| 45. -Facebook Cl A Common | | None | M | T | Buy | 11/30/16 | M | | |
| 46. -FirstTrust Sr Float Rt 2022 Target Term Fund | | None | M | T | Buy | 12/21/16 | L | | |
| 47. Installment note holding industrial as collateral | E | Interest | M | T | | | | | |
| 48. CollegeScholars as trustee (H) | | | | | | | | | |
| 49. -IShares TIPS Bond ETF | A | Dividend | J | T | Sold (part) | 08/11/16 | K | B | |
| 50. | | | | | Sold (part) | 09/21/16 | J | A | |
| 51. | | | | | Sold (part) | 12/08/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -Morgan Stanley Cash Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 05/03/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I - Collegescholars, Inc is a charitable trust. The trust assets are held to fund college tuition for students in a mentored scholarship program.

Part VII - Line 47 - In 2007 an industrial building in Akron Ohio was sold via an installment sale. Interest and principal payments are received on this asset and the note is secured by the building. The debtor is Aster Property Management, LLC.

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 05/03/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Deborah L. Cook**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544